In re SILVERMAN et al.

(District Court, S. D. New York. November 3, 1899.)

1. BANKRUPTCY—FEES AND COSTS—ATTORNEY'S FEE IN INVOLUNTARY CASES.
   Under Bankr. Act 1898, § 64b, subd. 3, providing for the allowance of a "reasonable attorney's fee for professional services actually rendered to the petitioning creditors in involuntary cases," where the adjudication is not contested, and the attorney's special duties to the petitioning creditors end with the first meeting of creditors, when a trustee is chosen, and there is no proof of special services by the attorney in the collection of assets, $75 will be allowed as a reasonable and proper fee.

2. SAME.
   No allowance can be made to the petitioning creditors in a case of involuntary bankruptcy for the services of an attorney or counsel on examinations of the bankrupt held after the appointment of a trustee, for such services are for the benefit either of the trustee or of the creditors individually.

3. SAME—FILING FEE ADVANCED.
   Where the petitioning creditors in a case of involuntary bankruptcy deposit with the clerk, on filing the petition, the $25 required by the act as a filing fee, they are entitled to have the same refunded to them out of the estate.

In Bankruptcy. On application for allowance of attorney's fee and other costs and disbursements.

Epstein Bros. and S. F. Kneeland, for petitioning creditors.
M. R. Ryttenberg, for trustee.

BROWN, District Judge. There being no answer interposed by the bankrupt to the involuntary petition, and the attorney's special duties for the petitioning creditors ending with the first meeting of creditors, when a trustee was chosen, the sum of $75 will be a

sufficient "attorney's fee" in this case under section 64b, subd. 3, allowance being made for the delays and the trouble in getting schedules filed. The affidavits do not show any special benefits by attorney or counsel in the collection of assets, beyond obtaining the ordinary stay of proceedings. In re J. W. Harrison Mercantile Co., 95 Fed. 123.

After the appointment of a trustee, no allowance to petitioning creditors can be made for attorney or counsel on examinations of the bankrupt, such services being either for the trustee or the creditors individually.

The filing fee of $25 and marshal's charges of $8.48 should also be repaid. The other disbursements are disallowed on this application. The indemnity deposit will be returned by the referee and charged to the trustee.